UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **Criminal Number:** 4:20-cr-186 |
| vs. | ) | |
| | ) | **Count One:** 18 U.S.C. §§ 1030(a)(2)(B), |
| DANIELLE TAFF, | ) | 1030(c)(2)(B)(ii)-(iii) |
| | ) | (Fraud and Related Activity in Connection |
| | ) | with Computers) |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## INFORMATION

THE UNITED STATES CHARGES:

At all times relevant to this Information, unless otherwise specified:

### Count One
### 18 U.S.C. §§ 1030(a)(2)(B), 1030(c)(2)(B)(ii)-(iii)
### (Fraud and Related Activity in Connection with Computers)

1.      In 2017 and 2018, Danielle Taff (hereinafter the "defendant") was employed as a contractor paralegal at the United States Attorney's Office for the Southern District of Iowa ("SDIA"), located in Des Moines, Iowa, where she was assigned to the office's Civil Division to perform work related to asset forfeitures.  The defendant's official duties and responsibilities did not require or authorize her to access criminal case files on SDIA's shared electronic data storage drive.

2.      At the outset of her employment, the defendant received training that she was not allowed to use her government computer for purposes unrelated to the defendant's official duties and responsibilities, nor was she allowed to copy or disseminate non-public government information.

1

3.      On or about May 16, 2018, the defendant used her U.S. Department of Justice computer to access non-public information in a criminal investigation conducted by the U.S. Bureau of Alcohol, Tobacco, and Firearms and the Iowa Department of Narcotics Enforcement into methamphetamine-trafficking. The information was stored in a criminal case file on SDIA's shared electronic data storage drive, which was separate from the civil case files that the defendant was authorized to access as part of her duties and responsibilities. In order to access these criminal case files, the defendant searched through multiple layers of folders and subfolders, all of which were located under a parent folder labeled as criminal files. The defendant accessed, among other things, a chemical-analysis report, a search warrant report, and reports of law enforcement interviews with at least two individuals who cooperated in the investigation ("Cooperator 1" and "Cooperator 2"). The interview reports identified the names, addresses, phone numbers, dates of birth, and other identifying information of Cooperator 1, Cooperator 2, and other individuals. Using her cellular phone, the defendant took approximately 30 photographs of the aforementioned reports and other records related to the drug-trafficking investigation as they were displayed on her computer monitor. Both the electronic data storage drive and the U.S. Department of Justice computer that the defendant used to access the drive were for exclusive use by the Department of Justice in furtherance of the administration of justice.

4.      The information obtained by the defendant in the photographed law enforcement reports was property belonging to the United States, which the Department of Justice had a right to keep confidential and in its exclusive control. At the time she obtained the information, she intended to share it with Person 1, who was not an employee of the Department of Justice or any law enforcement agency. The defendant further understood at the time she obtained the

2

information that Person 1 was not authorized by the Department of Justice to possess the information in any manner. The value of the information exceeded $5,000 based on the cost of the government facilities and employees required to produce the information.

5.      On or about May 16, 2018, the defendant met with Person 1 and permitted Person 1 to photograph the approximately 30 images of the law enforcement reports on the defendant's cellular phone. On or about May 25, 2018, the defendant met with Person 1 and permitted Person 1 to photograph at least one image of the law enforcement reports on the defendant's cellular phone.

6.      On or about October 7 and October 25, 2018, two individuals posted the photographs of the law enforcement reports to a Facebook group page called "des moines haterz & snitches," making them publicly available. The photographs were identical to those that Person 1 took of the law enforcement reports displayed on the screen of the defendant's cellular phone.

7.      On or about May 16, 2018, in the Southern District of Iowa, the defendant,

**DANIELLE TAFF,**

knowingly and intentionally accessed a computer without authorization and in excess of her authorization and thereby obtained information from any department or agency of the United States, that is, the defendant intentionally accessed her U.S. Department of Justice computer without authorization and in excess of her authorized access, by accessing criminal case files, and thereby obtained information belonging to the U.S. Department of Justice with a value exceeding $5,000. Additionally, the offense was committed in furtherance of a criminal act in violation of the laws of the United States, that is, in obtaining the information belonging to the U.S. Department of Justice, the defendant voluntarily, intentionally, and knowingly stole a thing a value belonging

to the United States and converted it to her use or the use of Person 1, intending to deprive the

United States of the exclusive use or benefit of the information and its confidential nature.

    In violation of Title 18, United States Code, Sections 1030(a)(2)(B)(ii)-(iii), 1030(c)(2)(B)(iii).


                                                        COREY R. AMUNDSON
                                                        Chief
                                                        Public Integrity Section

By:                       _____
                                                        Erica O'Brien Waymack
                                                        Matthew R. Palmer-Ball
                                                        Trial Attorneys
                                                        Public Integrity Section
                                                        Criminal Division
                                                        U.S. Department of Justice
                                                        1331 F St. NW
                                                        Washington, DC 20004
                                                        (202) 514-1412

4